NO. 12-08-00386-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




JERIMIAH KASEY DANIELS,
§
 APPEAL FROM THE 217TH

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 ANGELINA COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM



 Appellant pleaded guilty to the offense of indecency with a child. The trial court sentenced
Appellant to imprisonment for twelve years. We have received the trial court's certification showing
that Appellant waived his right to appeal. See Tex. R. App. P. 25.2(d). The certification is signed
by Appellant and his counsel. The clerk's record supports the trial court's certification. See
Greenwell v. Thirteenth Court of Appeals, 159 S.W.3d 645, 649 (Tex. Crim. App. 2005); Dears
v. State, 154 S.W.3d 610, 614-15 (Tex. Crim. App. 2005). Accordingly, the appeal is dismissed for
want of jurisdiction.

Opinion delivered October 22, 2008.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.





(DO NOT PUBLISH)